IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUHONGLIN, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-13785<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

　　WHEREAS, a judgment was entered in the above action on January 9, 2026 [53], in favor of Plaintiff General Motors LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of five thousand dollars ($5,000) per Defaulting Defendant for willful use of counterfeit GM Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ZhenFAitems | 12 |
| MX Decoration Shop local | 37 |
| Super Dolls local | 42 |
| tjc look | 43 |
| Poalid | 56 |

1

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 15th day of January 2026.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff General Motors LLC*